## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

## MINUTE SHEET

**UNITED STATES OF AMERICA**  Date: October 2, 2025

vs.  Case No. 25-3019-01-CR-S-MDH

**JOHNNY PATROM**

**Honorable Douglas Harpool, presiding at Springfield, Missouri**

**Nature of Hearing: Sentencing**

**Time Commenced: 11:20 a.m.**  **Time Terminated: 12:05 p.m.**

## APPEARANCES

**Plaintiff: Jim Kelleher, AUSA**  **Defendant: Brian Risley, AFPD**

**Proceedings:** Parties appear as indicated, dft in person. No objection to the PSI. Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 87 months on Count 1; followed by 3 years Supervised Release. No fine. $100 MPA. Restitution in the amount of $9,423.00 imposed. Court authorizes $8,425.00 be released to O'Bannon Bank. Special conditions of supervised release imposed. Court grants dft's objection to special conditions g and h listed in the PSI. Special conditions g and h are not imposed. Court recommends dft receive a comprehensive mental health evaluation, grief counseling, RDAP and UNICOR. Dft advised of right to appeal. Dft remanded to custody.

**COURTROOM DEPUTY: Linda Howard**
**COURT REPORTER: Jeannine Rankin**
**USPPTS: Tracy Cowin**